```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHER DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

TRACY KAISER,                       §
                                    §
            Plaintiff,              §
                                    §
VS.                                 §   CIVIL ACTION H-13-1186
                                    §
METLIFE HOME LOANS,                 §
                                    §
            Defendants.             §

## OPINION AND ORDER

Pending before the Court in the above referenced cause is Plaintiff Tracy Kaiser's opposed motion to dismiss due to lack of subject matter jurisdiction over Plaintiff's state court claims (instrument #9).

Because the Court agrees with Defendant Metlife Home Loans that this Court has original jurisdiction over the state law claims on diversity jurisdiction grounds under 28 U.S.C. § 1332, and 28 U.S.C. § 1441(c) does not apply here, the Court

ORDERS that the motion to dismiss (#9) is DENIED.

**SIGNED** at Houston, Texas, this 31st day of March 2014.

           _____
                    MELINDA HARMON
              UNITED STATES DISTRICT JUDGE